UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  3:26 cr 023 |
| | : | |
| Plaintiff, | : | I N D I C T M E N T |
| | : | |
| v. | : | 26 U.S.C. § 7202 |
| | : | 18 U.S.C. § 2 |
| 1. ANGELA MICHAEL | : | |
| | : | |
| 2. SHONDA MICHAEL, | : | |
| | : | MICHAEL J. NEWMAN |
| Defendants. | : | |

The Grand Jury charges:

COUNTS ONE THROUGH FIFTEEN

[26 U.S.C. § 7202 and 18 U.S.C. § 2]

1.    At all times relevant to this Indictment:

a.    Organized under the laws of the State of Ohio since at least 2013, Free To Be You Residential Services, LLC, (hereinafter "Free To Be, LLC") was a for-profit business located in Eaton, Ohio, that provided health care and other services to disabled adults.  Since its creation, Free to Be, LLC, has had numerous employees from whose paychecks it was required to withhold taxes, including, but not limited to, federal income taxes as well as Medicare and social security taxes (e.g., Federal Insurance Contribution Act or "FICA" taxes)

Page 1 of 5

(collectively, "payroll taxes"). Federal law required Free to Be, LLC, to make deposits of the payroll taxes to the Internal Revenue Service on a periodic basis. It likewise obligated Free to Be, LLC, to file following the end of each calendar quarter an Employer's Quarterly Federal Income Tax Return – commonly referred to as a Form 941 – detailing: the total amount of wages and other compensation subject to withholding; the total amount of income tax withheld; the total amount of social security and Medicare taxes due; and the total tax deposits.

b.    Defendants ANGELA MICHAEL and SHONDA MICHAEL had the responsibility to collect, to account for truthfully, and to pay over to the Internal Revenue Service the payroll taxes of Free to Be, LLC. Specifically, defendant ANGELA MICHAEL was the owner of Free to Be, LLC, and hence the employer of the people who worked for her company. Defendant SHONDA MICHAEL served as, among other things, the financial director of Free to Be, LLC. In their respective capacities, defendants ANGELA MICHAEL and SHONDA MICHAEL had the responsibility to ensure the collection and payment of payroll taxes from Free to Be, LLC, as well to make timely and correct submission of Form 941's on behalf of this business.

Page **2** of **5**

c.     From at least calendar year 2020 through calendar year 2023, Free to Be, LLC, was required to, and purported to withhold, payroll tax payments from its employees' paychecks.  However, beginning in at least 2020, defendants ANGELA MICHAEL and SHONDA MICHAEL made no payroll tax payments to the Internal Revenue Service on behalf of Free to Be, LLC, even though such payroll taxes were due to the federal government.

d.     Likewise, beginning in at least 2020, defendants ANGELA MICHAEL and SHONDA MICHAEL further failed to file a quarterly Form 941 with the Internal Revenue Service on behalf of Free to Be, LLC.  A Form 941 was due to be filed at the end of the month following the end of each calendar quarter.  For example, the Form 941 for the first quarter of 2020 was due on or before April 30, 2020, since that calendar quarter ended on March 31, 2020.

e.     Despite understanding their obligation to account for and pay over the payroll taxes of Free to Be, LLC, defendants ANGELA MICHAEL and SHONDA MICHAEL willfully failed to do so, causing hundreds of thousands of dollars in tax losses to the United States.

2.    On or about the dates below, in the Southern District of Ohio, defendants ANGELA MICHAEL and SHONDA MICHAEL, aiding and abetting each other, willfully failed to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld, including payroll taxes such as FICA taxes, due and owing to the United States on behalf of Free to Be, LLC, and its employees for each of the following quarters, with each quarter constituting a separate count of this Indictment:

| COUNT | DATE | QUARTER |
|---|---|---|
| ONE | 4/30/2020 | First Quarter 2020 |
| TWO | 7/31/2020 | Second Quarter 2020 |
| THREE | 10/31/2020 | Third Quarter 2020 |
| FOUR | 1/31/2021 | Fourth Quarter 2020 |
| FIVE | 4/30/2021 | First Quarter 2021 |
| SIX | 7/31/2021 | Second Quarter 2021 |
| SEVEN | 10/31/2021 | Third Quarter 2021 |
| EIGHT | 1/31/2022 | Fourth Quarter 2021 |
| NINE | 4/30/2022 | First Quarter 2022 |
| TEN | 7/31/2022 | Second Quarter 2022 |
| ELEVEN | 10/31/2022 | Third Quarter 2022 |
| TWELVE | 1/31/2023 | Fourth Quarter 2022 |

| COUNT | DATE | QUARTER |
|---|---|---|
| THIRTEEN | 4/30/2023 | First Quarter 2023 |
| FOURTEEN | 7/31/2023 | Second Quarter 2023 |
| FIFTEEN | 10/31/2023 | Third Quarter 2023 |

All in violation of Title 26, United States Code, Section 7202, and Title 18, United States Code, Section 2.

A TRUE BILL

S/ Foreperson

Foreperson

DOMINICK S. GERACE II
United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney

Page **5** of **5**